UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULISES JOSE DE JESUS SOLORIO PATINO, <br> A-240-174-087 <br><br>       Petitioner, <br><br>       v. <br><br> WARDEN, CALIFORNIA CITY CORRECTIONAL CENTER, et. al., <br><br>       Respondents. | No.  1:26-cv-02830-DC-DMC-HC <br><br><br> ORDER |

Petitioner, an immigration detainee proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 together with a motion for temporary restraining order. See ECF Nos. 1 and 2. Respondents filed a joint opposition to injunctive relief and answer to petition, ECF No. 6. Petitioner did not file a reply. The District Judge denied the motion for temporary restraining order and referred the matter to the undersigned.

Accordingly, it is HEREBY ORDERED that:

1.     Petitioner shall have fourteen days (14) from the date of this order to file a reply to Respondents' opposition.

2.     In order to ensure this court's jurisdiction to resolve the pending § 2241 petition, Respondent shall not transfer Petitioner outside of this judicial district, pending further order of the court.  See 28 U.S.C. § 1651(a) (establishing the All Writs Act which empowers the

1

federal courts to "issue all writs necessary or appropriate in aid of their respective jurisdictions . . . ."); see also F.T.C. v. Dean Foods Co., 384 U.S. 597, 604 (1966) (emphasizing that federal courts have the power to "to preserve the court's jurisdiction or maintain the status quo by injunction pending review of an agency's action").

Dated:  May 18, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE