UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULISES JOSE DE JESUS SOLORIO PATINO, A-240-174-087 | No.  1:26-cv-02830-DC-DMC-HC |
| Petitioner, | ORDER |
| v. | |
| WARDEN, CALIFORNIA CITY CORRECTIONAL CENTER, et. al., | |
| Respondents. | |

Petitioner, an immigration detainee proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Pending before the Court is Petitioner's motion to appoint counsel. See ECF No. 10.

In light of the complexity of the legal issues involved, the court has determined that the interests of justice require the appointment of counsel for Petitioner and Petitioner's motion for appointment of counsel will be granted.  See 18 U.S.C. § 3006A(a)(2)(B); see also Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).

Respondents filed an answer, ECF No. 6, and Petitioner filed a reply/traverse, ECF No. 9. However, given the appointment of counsel, Petitioner shall have fourteen (14) days from the date of appointment as counsel to file an amended reply/traverse. Upon such filing, the Court will order that Petitioner's prior reply/traverse, ECF No. 9 is stricken.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1.     Petitioner's motion to appoint counsel, ECF No. 10, is GRANTED and The Federal Defender is appointed to represent Petitioner.

2.     The Clerk of the Court shall serve a copy of this order, along with a copy of the § 2241 petition, on the Federal Defender, Attention: Habeas Appointment.

3.     Within seven (7) days of this order, the appointing authority for the Eastern District of California shall identify counsel and send counsel's contact information to the undersigned's courtroom deputy Jodi Palmer at jpalmer@caed.uscourts.gov, and counsel will be added as counsel for Petitioner.  If counsel is not a member of the Eastern District of California Criminal Justice Act Panel, within seven days of this Order the Federal Defender shall file a motion to appoint counsel as CJA counsel *pro hac vice*.

4.     Petitioner shall have fourteen (14) days from the date of appointment to file an amended reply/traverse.

Dated:  July 1, 2026

_____

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2